UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LIONEL BERRY as Father and Next Friend          PLAINTIFF
of MHCHAI BERRY, Minor

V.                                              CAUSE NO. 1:15-CV-220-SA-DAS

EDWARD E. RIGGINS, and
TRANS CARRIERS, INC.                            DEFENDANTS

AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This matter is before the Court on joint motion *ore tenus* of Plaintiff Lionel Berry as Father and Next Friend of Mhchai Berry, Minor and Defendants Edward Riggins ("Riggins") and Trans Carriers, Inc. ("Trans Carriers") for entry of an agreed final judgment of dismissal with prejudice of all of Plaintiff's claims herein against Riggins and Trans Carriers. The Court, being fully advised in the premises, and finding that it has jurisdiction over the parties and the subject matter herein, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all of the Plaintiff's claims herein against Riggins and Trans Carriers are finally dismissed with prejudice, with each party to bear its own costs and attorney fees.

IT IS, THEREFORE, FURTHER ORDERED AND ADJUDGED that Plaintiff and his counsel shall resolve, as part of the agreed settlement between the parties, any and all subrogation and/or assignment claims or liens of any insurers, medical care providers and/or suppliers, or any other governmental or other entities' liens, including Medicare and/or Medicaid liens, that may exist as a result of the subject incident and/or alleged injuries and/or alleged damages to Plaintiff.

SO ORDERED AND ADJUDGED this the 1st day of May, 2017.

                                                  /s/ Sharion Aycock
                                                  UNITED STATES DISTRICT COURT JUDGE